**FILED**

JUN - 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH LOPEZ | No. C   05-00329 MHP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| v. | ADR CERTIFICATION |
| UNITED STATES OF AMERICA | |
| Defendant. | |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration          ☐ ENE          ☒ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

Dated: May 17, 2005 _____

_____
**Attorney for Plaintiff**

Dated: 5/31/05 _____

_____
**Attorney for Defendant**

IT IS SO ORDERED:

Dated 6/2/05 _____

_____
**UNITED STATES DISTRICT JUDGE**

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION

*[left margin vertical text]* United States District Court   For the Northern District of California

1    SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

2

3    Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he

4    or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern

5    District of California," or the specified portions of the ADR Unit's Internet site

6    <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by

7    the court and private entities, and considered whether this case might benefit from any of

8    them.

9    *(Note: This Certification must be signed by each party and its counsel.)*

10

11   Dated: May 17, 2005      _____
                              [Typed name and signature of plaintiff]
12                            Elizabeth Lopez

13

14   Dated: May 17, 2005      _____
                              [Typed name and signature of counsel for plaintiff]
15                            Dan M. Himmelheber

16

17   Dated: _____   _____
                              [Typed name and signature of defendant]
18

19

20   Dated: 5/31/05           _____
                              [Typed name and signature of counsel for defendant]
21                            Katherine B. Dowling

22

23

24

25

26

27

28

*For the Northern District of California*