| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | KATHERINE B. DOWLING (CSBN 220767)<br>Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6833
Facsimile: (415) 436-7169
Email: katherine.dowling@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ELIZABETH LOPEZ, | ) | No. C-05-0329 MHP |
| | ) | **E-Filing Case** |
| Plaintiff, | ) | |
| | ) | **SCOPE OF DISCOVERY [PROPOSED]** |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Parties contacted this Court on January 11, 2006 during the scheduled deposition of plaintiff Elizabeth Lopez. Counsel for plaintiff wanted to restrict the scope of the plaintiff's deposition, since this was the second deposition, only to lines of questioning not addressed in the first deposition. The first deposition lasted approximately two hours. Counsel for defendant did not want to restrict the scope of the second deposition because counsel for plaintiff had belatedly provided required initial disclosure documents the day of the first deposition on October 6, 2005, therefore, counsel did not have the benefit of those documents prior to that deposition which might require some questioning overlap.

    The Court ordered that the deposition should continue for no longer than three hours, not

1  be restricted as to scope and that counsel for plaintiff could ask the court for sanctions if he
2  believed that any line of questioning in the second deposition was unnecessarily duplicative.[1]

## ORDER

The above Proposed Order is hereby adopted by the Court.

Dated: _____
HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

---

[1] This proposed order was prepared by counsel for defendant at the request of the Court.

2