KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN SWANSON, CSBN 135879
Chief, Civil Division
KATHERINE DOWLING, CSBN 220767
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-6833
Facsimile: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | No. C 05-0329 MHP<br><br>STIPULATION TO EXTEND<br>DEPOSITIONS AFTER SETTLEMENT<br>CONFERENCE |

IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that the remaining depositions of three of Ms. Lopez' treating doctors: Dr. E.P. Stalteri, Dr. Richard Derby and Dr. Kevin Finnesey and the depositions of Defendant's experts: Dr. Michael Sutro, Dr. Margo Ogus and Ms. Carol Hyland take place after the settlement conference scheduled for April 21, 2006. The deadline for expert discovery is currently set for March 31, 2006.

//

//

//

//

//

These depositions will only need to take place should this case continue to trial and do not need to take place prior to the settlement conference. Allowing these depositions to take place after the settlement conference would be more efficient and economical for both parties and will allow the parties to focus on settlement. The trial is set for June 6, 2006, therefore, allowing these depositions to take place after April 21, 2006 will not cause any undue delay in the trial timing.

DATED: 3/24/06          By: _____
                             DANIEL HIMMELHEBER
                             Attorney for Plaintiff

                             KEVIN V. RYAN
                             United States Attorney

DATED: 3/24/06          By: _____
                             KATHERINE B. DOWLING
                             Assistant United States Attorney
                             Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: March 28, 2006

IT IS SO ORDERED
Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA