KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
KATHERINE B. DOWLING, CSBN 220767
Assistant United States Attorney

   450 Golden Gate Avenue, 10th Floor
   Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6833
   Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH LOPEZ, | No. C-05-0329 MHP (EDL) |
|            Plaintiff, | |
| v. | STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT |
| UNITED STATES OF AMERICA | |
|            Defendant. | |

    IT IS HEREBY STIPULATED by and between Elizabeth Lopez, plaintiff, and United States of America, defendant, as follows:

    1. The parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth in this settlement agreement ("Agreement"):

    2. Defendant agrees to pay to the plaintiff the sum of Fifty Five Thousand Dollars and no cents ($55,000.00), which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatever kind and nature, arising from the same subject matter that gave rise to the above-captioned lawsuit, for which plaintiff or her heirs, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against defendant, its agents, servants, and employees.

    3. Plaintiff and her guardians, heirs, executors, administrators and assigns hereby agree to

STIP & ORDER APPROVING
COMPROMISE SETTLEMENT
No. C-05-0329 MHP (EDL)

accept the sum of Fifty Five Thousand Dollars and no cents ($55,000.00), in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatever kind and nature, arising from the same subject matter that gave rise to the above-captioned lawsuit.

4. This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of defendant, its agents, servants, or employees, and is entered into by both parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

5. This agreement may be pled as a full and complete defense to any subsequent action or other proceeding involving any person or party which arises out of the claims released and discharged by the agreement.

6. It is also agreed, by and among the parties, that the settlement amount of Fifty Five Thousand Dollars and no cents ($55,000.00) represents the entire amount of the compromise settlement and that the respective parties will each bear their own costs, fees, and expenses.

7. It is also understood by and among the parties that, pursuant to Title 28, United States Code, Section 2678, attorneys' fees for services rendered in connection with this action shall not exceed 25 per cent of the amount of the compromise settlement.

8. Payment of the settlement amount will be made by a check from the United States Postal Service for Fifty Five Thousand Dollars and no cents ($55,000.00) and made payable to Elizabeth Lopez and Daniel Himmelheber.

9. In consideration of this Agreement, plaintiff Elizabeth Lopez agrees she will stipulate to dismissal with prejudice of C-05-0329 MHP (EDL), <u>Elizabeth Lopez v. United States of America</u>.

10. Plaintiff and her guardians, heirs, executors, administrators, and assigns agree to and do accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, survival or wrongful death, arising from any and all known or unknown, foreseen or unforeseen bodily injuries, personal injuries, death, or

damage to property, which she may have or hereafter acquire against the United States of America, its agents, servants, or employees on account of the subject matter of this case, or that relate or pertain to or arise from, directly or indirectly, the subject matter of this case. Plaintiff and her guardians, heirs, executors, administrators, and assigns further agree to reimburse, indemnify, and hold harmless the United States of America, its agents, servants, and employees from and against any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation claims for subrogation, indemnity, contribution, or lien of any kind, or for fees, costs, expenses, survival or wrongful death that relate or pertain to or arise from, directly or indirectly, any act or omission that relates to the subject matter of this case.

      11. The provisions of California Civil Code Section 1542 are set forth below:

> "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

Plaintiff having been apprised of the statutory language of Civil Code Section 1542, and fully understanding the same, nevertheless elects to waive the benefits of any and all rights he may have pursuant to the provision of that statute and any similar provision of federal law. Plaintiff understands that, if the facts concerning plaintiff's claims and the liability of the United States for damages pertaining thereto are found hereinafter to be other than or different from the facts now believed by them to be true, the Agreement shall be and remain effective notwithstanding such material difference.

//
//
//
//
//
//
//

STIP & ORDER APPROVING
COMPROMISE SETTLEMENT
No. C-05-0329 MHP (EDL)              3

12. This instrument shall constitute the entire agreement between the parties, and it is expressly understood and agreed that the agreement has been freely and voluntarily entered into by the parties hereto. The parties further acknowledge that no warranties or representations have been made on any subject other than as set forth in this Agreement. This Agreement may not be altered, modified or otherwise changed in any respect except by writing, duly executed by all of the parties or their authorized representatives.

Dated: 5-4-06

ELIZABETH LOPEZ
Plaintiff

Dated: 5-4-06

DANIEL HIMMELHEBER
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: 4/27/06

KATHERINE B. DOWLING
Assistant United States Attorney
Attorneys for Defendant

APPROVED AND SO ORDERED:

Dated: May 9, 2006

HON. MARILYN H. PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

STIP & ORDER APPROVING
COMPROMISE SETTLEMENT
No. C-05-0329 MHP (EDL)                       4